In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00166-CV**
_____

**IN RE S.E. AND M.E.**

**Original Proceeding**
**County Court at Law No. 1 of Montgomery County, Texas**
**Trial Cause No. 19-02-03054-CV**

**MEMORANDUM OPINION**

In this original mandamus proceeding, S.E. and M.E. challenge the order appointing the Texas Department of Family and Protective Services as the temporary managing conservator of their minor children. *See generally* Tex. Fam. Code Ann. § 262.201(j) (West Supp. 2018). They argue: (1) the order is void because M.E. filed a timely objection to the assignment of the retired judge who signed the order; (2) insufficient evidence supports the conservatorship order; (3) the trial court violated S.E.'s due process rights by refusing to allow her to exceed the one-hour limit, per party, that the trial court imposed during the adversary hearing; and (4) the trial court

1

violated S.E.'s due process rights by refusing to allow S.E. to cross-examine the witnesses to support her offer of proof. Based on the record before us, we conclude that the relators have not shown they are entitled to relief. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we deny the petition for a writ of mandamus and the motion for temporary relief. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on June 3, 2019
Opinion Delivered June 3, 2019

Before McKeithen, C.J., Kreger and Horton, JJ.

2